# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| JACKIE LEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-191 |
| | ) | |
| SCOTT FINLEY, Warden; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Petitioner Jackie Lee Brown has filed a 28 U.S.C. § 2241 petition in this Court challenging the application of his sentence.[1] Doc. 2. However, this court is not the proper jurisdiction for such a petition. As a result, this case is **TRANSFERRED** to the Middle District of Pennsylvania.

"Writs of habeas corpus may be granted by the . . . district courts . . . within their respective jurisdictions." 28 U.S.C. § 2241(a); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004)("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement."); *Fernandez v. United States*, 941

---

[1] Such challenges fall generally within the ambit of 28 U.S.C. § 2241.

F.2d 1488, 1495 (11th Cir. 1991)("Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated."). As petitioner's place of confinement is located in Schuylkill County, jurisdiction for this case lies properly in the Middle District of Pennsylvania. 28 U.S.C. § 118(b). Accordingly, this case is **TRANSFERRED** to the Middle District of Pennsylvania for further proceedings. 28 U.S.C. § 1406.

**SO ORDERED,** this 11th day of September, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA